PROB 12A
(7/93)

Report Date: December 16, 2005

# United States District Court

**for the**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 27 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Report on Offender Under Supervision**
*(No Action Requested)*

Name of Offender: Roland Willis Finney         Case Number: 2:03CR00023-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/19/2003         Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and 841(b)(1)(c); Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

Date Supervision Commenced: 9/8/2004

Original Sentence: Prison - 15 Months; TSR - 36 Months

Date Supervision Expires: 9/7/2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Supporting Evidence**: On December 13, 2005, the undersigned officer contacted Mr. Finney at his residence. Upon entry into the residence, there was a large amount of smoke consistent with the smell of burning marijuana. When questioned about this, Mr. Finney advised his girlfriend, Stacey Cooley, who was also present, had consumed marijuana prior to him getting home on this date. Mr. Finney denied consuming said substance, and submitted a urine specimen on December 14, 2005, which revealed negative findings for illicit substances. |
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On December 13, 2005, the undersigned officer contacted Mr. Finney at his residence. Upon arrival at the residence, a black male, who Mr. Finney reported he only knew as "Jay," departed the residence. The undersigned officer positively identified "Jay" through booking photos and contact with local and Federal law enforcement as Jyrmaine Nicole Smith, who has 12 prior separate felony convictions in the State of Washington. |

Prob12A
Re: Finney, Roland Willis
December 16, 2005
Page 2

## U.S. Probation Officer Action:

On December 14, 2005, Mr. Finney reported to the probation office as directed. At that time, his frequency of urinalysis testing was increased. Additionally, he was verbally reprimanded for activities that were occurring at his residence the night of December 13, 2005. Additionally, he was questioned about a replica assault riffle that he was in possession of. Said replica firearm turned out to be an airsoft riffle that discharges plastic pellets. Mr. Finney contends that it is his children's toy. On December 20, 2005, the defendant signed the attached written reprimand regarding his alleged violation conduct. The undersigned officer informed Mr. Finney if he chooses to continue disregarding the conditions of supervision, official Court action will be requested.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date: December 16, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/22/05
Date

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

Name: <u>Roland W. Finney</u>   Docket No.: <u>2:03CR00023-001</u>

**This is a formal written reprimand regrading your non-compliance with the terms of supervision noted as follows:**

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1   **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Supporting Evidence**: On December 13, 2005, the undersigned officer contacted Mr. Finney at his residence. Upon entry into the residence, there was a large amount of smoke consistent with the smell of burning marijuana. When questioned about this, Mr. Finney advised his girlfriend, Stacey Cooley, who was also present, had consumed marijuana prior to him getting home on this date. Mr. Finney denied consuming said substance, and submitted a urine specimen on December 14, 2005, which revealed negative findings for illicit substances.

2   **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On December 13, 2005, the undersigned officer contacted Mr. Finney at his residence. Upon arrival at the residence, a black male, who Mr. Finney reported he only knows as "Jay" departed the residence. The undersigned officer positively identified "Jay" through booking photos and contact with local and Federal law enforcement as Jyrmaine Nicole Smith, who has 12 prior separate felony convictions in the State of Washington.

Given the information surrounding this incident, you understand the seriousness of this matter, and understand what could happen if this becomes an issue in the future. By signing this form, you acknowledge the violations. Furthermore, no additional action will be taken at this time regarding this incident **pending your compliance with the terms of supervised release.**

Witness: _____   Signed: _____
Richard B. Law                                    Probationer or Supervised Releasee
U.S. Probation Officer

12/20/05
DATE