PROB 12B
(7/93)

Report Date: May 22, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Roland Willis Finney                    Case Number: 2:03CR00023-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 11/19/2003                     Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled            Date Supervision Commenced: 09/08/2004
Substance, 21 U.S.C. § 841(a)(1) and 841(b)(1)(C);
Possession of a Controlled Substance with Intent to
Distribute, 21 U.S.C. § 841(a)(1) (841(b)(1)(C)

Original Sentence: Prison - 15 Months;                    Date Supervision Expires: 09/07/2007
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall participate in the home confinement program until September 7, 2007. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

On May 6, 2007, at approximately 2 a.m., Roland Finney was contacted by Spokane police in the downtown Spokane area. At the time of contact, he was in a vehicle with two confirmed gang members. On May 11, 2007, Roland Finney submitted a urine specimen at the U.S. Probation Office. The specimen was confirmed positive for marijuana. Additionally, Mr. Finney admitted to consuming marijuana on or about May 11, 2007. The imposition of the above condition of supervision would limit Mr. Finney's activities in the community and assist in the prevention of continued association with gang members in the community. It is evident per review of Mr. Finney's history of non compliance while on supervision that he has established a pattern of consuming marijuana and associating with known gang members, or convicted felons, despite the conditions of supervision. He is currently scheduled to appear before Your Honor on June 29, 2007, regarding prior alleged violations. However, should Your Honor concur with the above modification of conditions, it would be the undersigned officer's position that the scheduled hearing be cancelled.

                                        Respectfully submitted,

by    _____

                                        Richard B. Law
                                        U.S. Probation Officer
                                        Date: May 22, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/23/07
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  You shall participate in the home confinement program until September 7, 2007. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____    Signed: _____
         Richard B. Law                              Roland Willis Finney
         U.S. Probation Officer                      Probationer or Supervised Releasee

_____May 22, 2007_____
Date